**Wayne L. LOUIE, Petitioner,**

v.

**DEPARTMENT OF THE TREASURY,
Respondent.**

No. 03–3154.

United States Court of Appeals,
Federal Circuit.

June 28, 2004.

Michael S. Dufault, David M. Cohen, Department of Justice, Washington, DC, for Respondent.

**176**

Wayne L. Louie, South Pasadena, CA, pro se.

### ORDER

Petitioner having paid the initial filing fee, it is ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RE-CALLED, and the petition for review is REINSTATED.